UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DOUGLAS BRUCE HOLLY**            **CASE NO. 1:17-CV-00970**

**VERSUS**            **JUDGE ROBERT G. JAMES**

**U S COMMISSIONER SOCIAL
SECURITY ADMINISTRATION**

## JUDGMENT

This matter was referred to United States Magistrate Judge Joseph Perez-Montes for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner is **VACATED**, that Douglas Bruce Holly is **AWARDED DISABILITY INSURANCE BENEFITS**, and that the case is **REMANDED** to the Commissioner for a determination as to the amount of Holly's benefits.

**SIGNED** this 15th day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE